UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| In Re: | ) | |
|---|---|---|
| Noe Medina | ) | Case No. 18-31609-HCM |
| Claudia Medina | ) | |
| Debtors | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY
COLDWELL BANKER LEGACY, BKG GLOBAL REAL ESTATE SERVICES,
AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY**

Ronald Ingalls, the Chapter 7 Trustee herein, pursuant to 11 U.S.C. §327, respectfully states:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Noe Medina & Claudia Medina.

2. John Adams, a member of Coldwell Banker Legacy, (jointly referred to hereafter as "Local Listing Broker") has the expertise and knowledge to assist the Chapter 7 Trustee with the listing and sale of real property located at 6025 Valle Espanola El Paso, TX 79932, legally described as follows:

    **Parcel Number**: V667-999-0010-0700
    **Tax ID**: 117503
    **City/Municipality/Township**: CITY OF EL PASO
    **Census Tract**: 481410102.191028
    **Carrier Route**: C051
    **Abbreviated Description**: CITY/MUNI/TWP: CITY OF EL PASO 1 VILLA ESPANOLA #2 LOT 7 (11160.90 SQ FT) MAP REF:MAP M-02
    hereinafter referred to as the "Real Property".

3. The Debtors have not declared the Real Property as exempt.

4. The Chapter 7 Trustee desire to employ Local Listing Broker to provide professional services for the listing and sale of the Real Property. The Local Listing Broker is

requesting a commission of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment.

5. Attached hereto as Exhibit "A" is the duly executed and verified statement on behalf of the Local Listing Broker that their employees and members are disinterested persons and do not hold an interest adverse to the bankruptcy estate.

6. Attached hereto as Exhibit "B" is a copy of the Listing Agreement and the Chapter 7 Trustee requests that the Court approve this Agreement, which the Chapter 7 Trustee has executed on behalf of this bankruptcy estate.

7. Employment BK Global Real Estate Services ("BK Global") is requested. BK Global has agreed to fully cooperate with Local Listing Broker, and to be paid the real estate commission agreed of 2% of gross sales proceeds. Attached is the Affidavit on behalf of BKG Global Real Estate Services that it is disinterested and do not hold an adverse interest.

8. Coldwell Banker Legacy maintains an office at 5662 N. Mesa, El Paso, TX 79912; the telephone number is 915-494-4437. BK Global has an address of 1095 Broken Sound Parkway NW, Suite 100, Boca Raton, FL 33487.

9. Wells Fargo Home Mortgage claims a mortgage interest in and to the Real Property and has consented to the sale of the Real Property subject to their security interest.

WHEREFORE, the Trustee prays the Court enter an Order approving and authorizing the employment of John Adams, a member of Coldwell Banker Legacy, to perform professional services on behalf of this bankruptcy estate, for the listing and sale of the Real Property known as 6025 Valle Espanola El Paso, TX 79932, in which the Debtor holds an ownership interest; and for such other and further relief as the Court deems necessary.

                                                                   Respectfully Submitted,

                                                                   */s/ Ronald Ingalls*
                                                                   Ronald Ingalls, Trustee
                                                                   SBT 10391900
                                                                   PO Box 2867
                                                                   Fredericksburg, TX 78624
                                                                   Tel: 830-307-9123
                                                                   Email: ron@ingallstrustee.com

## CERTIFICATE OF SERVICE

The signature above certifies that a true and correct copy of this Application was served on the Debtors, Debtors' attorney, and the US Trustee at the addresses on the attached matrix, and that Notice of this Application has been served on all those shown on the attached matrix via The Noticing Center with service ordered on December 18, 2018.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

In re:                              Case No. 18-31609
                                    Chapter 7
Noe Medina
Claudia Medina

        Debtors              /

## AFFIDAVIT OF JOHN ADAMS IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER LEGACY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330

STATE OF TEXAS          )
                        )
COUNTY OF El Paso       )

John Adams, being duly sworn, says:

1. I am a real estate agent duly licensed by the State of Texas.

2. I am an agent of Coldwell Banker Legacy a Texas Corporation, with corporate offices located at 5662 N Mesa St El Paso, TX 79912 ("Listing Agent").

3. I am familiar with the Application to Retain Coldwell Banker Legacy, filed by the Trustee ("Application") and the property described therein.

4. I believe that I am experienced and qualified to represent the Trustee in connection with the marketing and sale of the real property located at 6025 Valle Espanola El Paso, TX 79932 (the "Property").

5. Coldwell Banker Legacy has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to Listing Agent does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

1

6. Neither I nor any member of Coldwell Banker Legacy hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

7. To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtors, their creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy procedure except as set forth below.

8. I represent no interest adverse to the Debtors or its estate in the matters upon which I am to be engaged.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Adams of
Coldwell Banker Legacy

The foregoing instrument was sworn to and subscribed before me this 7th day of November, 2018

NOTARY PUBLIC
_____
Notary Public, State of Texas

LaShawna Higgins
Type, Stamp, or Print Name as
Commissioned

LASHAWNA HIGGINS
Notary Public, State of Texas
Comm. Expires 01-07-2020
Notary ID 130488738

2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

In re: : Chapter 7
:
: Case No. 18-31609-HCM
:
Debtors :
Noe Medina :
Claudia Medina :
:

### DECLARATION OF PATRICK BUTLER IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER LEGACY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330

The undersigned, Patrick Butler ("Declarant") hereby states:

1. I am employed by BK Global Real Estate Services ("Applicant" or "BKRES"), which is an entity duly licensed as a real estate brokerage by the State of Florida located at 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487. I am Applicant's broker-in-charge and am authorized by Applicant to submit this Declaration on Applicant's behalf in support of the annexed Application to Retain BKRES and in accordance with Bankruptcy Rule 2014.

2. Based upon the information discussed below, I believe that Applicant is a disinterested person and does not hold or represent any interest adverse to the interest of the Debtor's estate as that term is defined in Section 101(14) of the Bankruptcy Code.

3. To the best of my knowledge: (a) neither BKRES nor any of its employees has any connection with the Debtors, its creditors in this case, the Chapter 7 Trustee, the Office of the United States Trustee, or any employees thereof or any party in interest herein; (b) BKRES and each of its employees are "disinterested persons," as that term is defined in Section 101(14)

4. A description of the qualifications of, and services provided by, BKRES is attached as <u>Schedule 1</u>.

5. That I have read the application of the Trustee regarding the retention and compensation of BKRES and agreed to be bound by the terms and conditions represented therein.

6. That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation, as it deems appropriate.

Verified under penalty of perjury that the foregoing is true and correct this 28 day of November, 2018.

_____
Patrick Butler
Broker-in-Charge


The foregoing instrument was sworn to and subscribed before me this 28 day of November, 2018, by Patrick Butler who provided identification or is personally known to me and who did take an oath.

NOTARY PUBLIC
_____
Notary Public, State of Florida


My Commission Expires


Notary Public State of Florida
Tasha Santora
My Commission GG 065439
Expires 01/24/2021

# SCHEDULE I

BK Global Real Estate Services is a licensed real estate brokerage by the State of Florida, located at 1095 Broken Sound Parkway N.W., Suite 100, Boca Raton, Florida, 33487.

BK Global Real Estate Services has a strong background and extensive experience in dealing with the mortgage servicing industry and is considered an expert in assisting in the negotiations with secured creditors whose debt is in excess of the market value of the real property and in negotiating short sales.

BK Global Real Estate Services has been providing real estate services to Chapter 7 bankruptcy trustees since 2014.

BK Global Real Estate Services has developed a process to assist Chapter 7 trustees in the sale of over-encumbered real estate to obtain the consent of the secured creditor to allow the Chapter 7 trustee to sell the real property and to assist the Chapter 7 trustee in negotiating a carve out for the bankruptcy estate that will provide a meaningful distribution to the unsecured creditors..

BK Global Real Estate Services is to be retained by the Chapter 7 trustee pursuant to 11 U.S.C. § 327. The first step is for BK Global Real Estate Services to assist the Chapter 7 trustee in obtaining the consent of the secured creditor to allow the Chapter 7 trustee to sell the secured real estate. Those negotiations will include establishing a carve-out of the sale proceeds to the bankruptcy estate that will provide a meaningful distribution to unsecured creditors.

In addition, a carve out will be established to pay a real estate commission to BK Global Real Estate Services and a local real estate licensed broker. In addition, as part of the negotiations, the secured creditor will be required to waive the filing of any deficiency claim.

Once the Court has approved the retention of BK Global Real Estate Services and the local real estate licensed broker, then the real property will be listed for sale at an agreed listing price by the secured creditor.

A motion will be filed to approve the settlement and compromise reached between the Chapter 7 trustee and the secured creditor.

BK Global Real Estate Services has successfully assisted Chapter 7 trustees in 33 court districts in the consented program. BK Global Real Estate Services does this by achieving the highest sale prices for properties as opposed to the more common "discounted sale" often presented to secured creditors by less experienced service providers. The transaction is never consummated unless the carve-out percentage or fee is sufficient to provide a meaningful distribution to unsecured creditors. BK Global Real Estate Services has standards in the mortgage industry whereby all parties can have a mutually beneficial outcome to the sale. The sale of over-encumbered real estate in bankruptcy presents a superior outcome to all parties.

- Unsecured creditors achieve a meaningful distribution on many more bankruptcy cases than they do on 'no asset' cases;

- The Chapter 7 trustee is able to conduct these transactions in a very cost-effective manner substantiating the carve-out amounts generated in these sales; and

- Secured creditors achieve more favorable recovery than they would via foreclosure including minimized compliance risk.

Page 4-2 of the Handbook for Chapter 7 Trustee states that by virtue of 11 U.S.C. § 323(a) the trustee is a representative of the estate. Further, the handbook states, "The trustee is a fiduciary charged with protecting the interest of all estate beneficiaries – namely, all classes of creditors, including those holding secured, administrative, priority and non-priority unsecured claims, as well as the debtor's interest in exemptions and in any possible surplus property."

BK Global Real Estate Services is a licensed Real Estate Broker and acts in the capacity as a licensed agent/broker. As a member of the real estate professional association, BK Global Real Estate Services is permitted to work with local brokers and share fees for work conducted. Section 504(b) of the Bankruptcy Code permits the compensation BK Global Real Estate Services receives for work conducted on a case.

BK Global Real Estate Services has developed a nationwide network of licensed real estate brokers that are trained in the sale of over-encumbered real estate in bankruptcy. BK Global Real Estate Services co-lists the real estate with one of our local trained licensed brokers. The trustee hires both BK Global Real Estate Services and the local broker to perform the required services. The listing commission is split between BK Global Real Estate Services and the local broker.

For these fees, both BK Global Real Estate Services and the local broker share in the duties that are required to conduct a consented sale in bankruptcy.

BK Global Real Estate Services' services include, but are not limited to, the following:

- Researching the real estate, running title and lien searches to identify creditors for resolution and any title issues;
- Advising the trustee of any issues and discuss potential resolutions;
- Conducting the resolutions under the trustee's direction;
- Assisting the trustee in the collection of documents and information for employment;
- Making contact with the secured creditor(s);
- Notifying them of the upcoming sale and identifying servicer requirements;
- Assisting the trustee in establishing market value and negotiating with the servicer an acceptable sales price and establishing a carve-out;
- Development of online marketing, email campaign and full nationwide marketing services;
- Conducting on online sale;
- Use of the technology platform;

- Assist the trustee in the review of all offers and coordinate the final documentation of the offer accepted by the trustee;
- Managing contract requirements such as inspections, appraisals and HOA applications;
- Coordinating closings and assisting the trustee in the collection of required information for court filing; and
- Closing the transaction and ensure the estate has received the appropriate funds.

Local broker services include, but are not limited to:

- Inspecting the property and completing a broker's price opinion;
- Listing the property in the multiple listing service (MLS); and
- Posting a for sale sign in the yard and coordinating showings.

U.S. Bankruptcy Court Districts where BK Global Real Estate Services conducted Consented Sales:

- Eastern District of Arkansas
- Central District of California
- Eastern District of California
- Southern District of California
- District of Colorado
- District of Connecticut
- Middle District of Florida
- Southern District of Georgia
- District of Hawaii
- Northern District of Illinois
- Northern District of Indiana
- Southern District of Indiana
- Western District of Kentucky
- Eastern District of Louisiana
- Middle District of Louisiana
- Western District of Louisiana
- District of Massachusetts
- District of Maryland
- Eastern District of Michigan
- Eastern District of North Carolina
- District of New Jersey
- District of Nevada
- Eastern District of New York
- Northern District of Ohio
- Southern District of Ohio
- District of Oregon
- Eastern District of Pennsylvania

- Middle District of Pennsylvania
- Western District of Pennsylvania
- Northern District of Texas
- Western District of Texas
- Western District of Washington

DocuSign Envelope ID: 59B46476-A537-46F8-BF9F-9B0A1FC0CEFD



# BK GLOBAL CO-LISTING AGREEMENT

**BK Global Real Estate Services LLC** ("BROKER") has the authority by Ronald E Ingalls ("TRUSTEE") for the BK Estate of Noe Medina and Claudia Medina to Co-List the property with Coldwell Banker Legacy ("LOCAL LISTING BROKER") on the property described below:

6025 Valle Espanola El Paso, TX 79932

**Co-Listing Fee:** The **Local Listing Broker** in exchange for assisting the **Broker** in the listing the related real property shall agree to a commission split as follows:

- 2% to Broker
- 2% to Local Listing Broker
- 2% to Buyers Broker

**Local Listing Broker Duties:** Local Listing Brokers duties will include but will not be limited to the following services;

- Inspecting the property and completing a broker's price opinion.
- Listing the property in the multiple listing service (MLS).
- Posting a for sale sign in the yard and coordinating showings.

**Additional Terms and Conditions:**

- "2-2-2" is defined as a three-party commission model where the listing brokerage, the buyer brokerage and BK Global each earn 2% of the gross sale price (assuming a 6% gross commission) for properties that result in a consummated sale. Any commission reduction must be agreed upon by all parties and reduced equally.
- The transfer of title to a listed property pursuant to a deed in lieu of foreclosure or otherwise to a non-third-party purchaser such as a secured creditor does not constitute the consummation of a sale.

DATED this 2nd day of November, 2018

| Broker: | Local Listing Agent: |
|---|---|
| **BK Global Real Estate Services LLC** | |
| By: _(signature)_ | By: _John Adams_ (DocuSigned) |
| Signature | Signature |
| Patrick Butler | John Adams |
| Print Name | Print Name |
| Corporate Broker | Realtor |
| Title | Title |
| 3349908 | 454212 |
| License ID | License ID |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In Re: )
Noe Medina ) Case No. 18-31609-HCM
Claudia Medina )
    Debtors

**NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY BROKER
AND APPROVE LISTING AGREEMENT FOR THE SALE OF REAL PROPERTY**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

    **A timely response is necessary for a hearing to be held.**

    Name of client:             Ronald Ingalls, Trustee

    Identity of professional:     Coldwell Banker Realty; 5662 N. Mesa, El Paso, TX 79912 and BKG Global Real Estate Services 1095 Broken Sound Parkway NW, Suite 100, Boca Raton, FL 33487.

    Nature of profession:       Real estate broker

    Conflicts:                   None.

    Retainer:                    None.

    Proposed compensation:    6% on any real estate sale

List of other professionals in case:    None

                                  Signed: /s/ Ronald Ingalls
                                            Ronald Ingalls, Trustee
                                            SBT 10391900
                                            PO Box 2867
                                            Fredericksburg, Texas 78624-1927
                                            Tel: (830) 307-3244
                                            Fax: (512) 900-8224
                                            Email: ron@ingallstrustee.com

**CERTIFICATE OF SERVICE**

    The signature above certifies that a true and correct copy of the above document has been served, by first class, U.S. mail on December 18, 2018, on the attached matrix.

Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Bloomington, MN 55438-0901

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Ben Bridge Jewelers
Attn: Bankruptcy
PO Box 1908
Seattle, WA 98111-1908

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

Chrysler Financial/TD Auto Finance
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223

Citibank/Sears
Citibank Corp/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
PO Box 790034
St Louis, MO 63179-0034

Citicards
Citicorp Credit Services/Attn: Centraliz
PO Box 790040
Saint Louis, MO 63179-0040

City of El Paso
c/o Don Stecker
Linebarger Goggin Blair & Simpson
711 Navarro Ste 300
San Antonio, TX 78205-1749

Comenity Bank/Ann Taylor Loft
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Pottery Barn
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Comenitybank/anntylr
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Comenitybank/trwrdsv
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Coppersmith Brockelman Lawyers
2800 N Central Ave Ste 1200
Phoenix, AZ 85004-1009

Dept of Ed / Navient
Attn: Claims Dept
PO Box 9635
Wilkes Barr, PA 18773-9635

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

El Paso Tax Assessor-Collector
221 North Kansas Ste 300
El Paso, TX 79901-1675

Evolve Federal Cu
Attn: Bankruptcy
8810 Gazelle Drive
El Paso, TX 79925-5818

First Natl Bank
PO Box 278
Fabens, TX 79838-0278

Firstlight FCU
Attn: Bankruptcy
PO Box 24901
El Paso, TX 79914-9001

Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098-2639

GC Services
Attn: Bankruptcy
6330 Gulfton
Houston, TX 77081-1198

GECU/Government Employees Credit Union
PO Box 20998
El Paso, TX 79998-0998

Hall Angell & Associates LLP
1075 S Utah Ave Ste 150
Idaho Falls, ID 83402-3340

Karla Patricia Griffin
Watson Law Firm
1123 Rio Grande
El Paso, TX 79902-4618

Kinecta Fcu
Attn: Bankruptcy
PO Box 10003
Manhattan Beach, CA 90267-7503

Kohls/Capital One
Kohls Credit
PO Box 3120
Milwaukee, WI 53201-3120

Kyani inc
1070 River Walk Dr Ste 350
Idaho Falls, ID 83402-3300

Mercedes-Benz Financial Services
PO Box 685
Roanoke, TX 76262-0685

Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE 68501-2505

NEW MEXICO EDUCATIONAL
ASSISTANCE FOUNDATI
BANKRUPTCY DEPT
PO BOX 93970
ALBUQUERQUE NM 87199-3970

Noe and Claudia Medina
7756 Maya Ave
El Paso, TX 79912-1206

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ronald E Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927

Syncb/sunglass Hut
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank /HH Gregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965061
Orlando, FL 32896-5061

Synchrony Bank/Lowes
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Old Navy
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Texas Tech Physicians of EP
PO Box 732556
Dallas, TX 75373-2556

TSCU
Attn: Bankruptcy
12020 Rojas Dr
El Paso, TX 79936-7711

United States Trustee - EP12
U.S. Trustee's Office
615 E Houston Ste 533
San Antonio, TX 78295-1539

University Medical Center of El Paso
PO Box 660813
Dallas, TX 75266-0813

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Dept of Education
Attn: Bankruptcy
PO Box 16448
Saint Paul, MN 55116-0448

Watson & Griffin
1123 E. Rio Grande
El Paso, TX 79902-4618

WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

Wells Fargo Dealer Services
Attn: Bankruptcy
PO Box 19657
Irvine, CA 92623-9657

Wells Fargo Home Mor
Attn Bankruptcy Dept
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo/Jewelry Advantage Card
Attn: Bankruptcy
PO Box 10438
Des Moines, IA 50306-0438

Wffnb Retail Srvs/Mattress Firm
Mac # F8235-02F
PO Box 10438
Des Moines, IA 50306-0438