**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 15, 2019.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Noe Medina | ) | Case No. 18-31609-HCM |
| Claudia Medina | ) | |
| Debtors | | |

### ORDER GRANTING THE TRUSTEE'S APPLICATION TO EMPLOY COLDWELL BANKER LEGACY, BKG GLOBAL REAL ESTATE SERVICES AND APPROVAL OF LISTING AGREEMENT FOR SALE OF REAL PROPERTY

Pending before this Court is the Application of the Chapter 7 Trustee herein, Ronald Ingalls, pursuant to 11 U.S.C. §327, requested authority to employ the professional services of Coldwell Banker Legacy and BKG Global Real Estate Services, for the sale of real estate known as 6025 Valle Espanola El Paso, TX 79932, and to approve the Listing Agreement for this property. To date, no objections or responses have been filed with the Court as to the Trustee's Application, nor have any objections or responses been served upon the Trustee or his counsel. It is therefore

ORDERED that the employment of Coldwell Banker Legacy and BKG Global Real Estate Services is approved, and any commissions will be approved only in connection with a motion on the sale of real estate.

###

Submitted by
Ronald Ingalls, trustee
SBT 10391900
PO Box 2867
Fredericksburg, TX 78624
Tel: 830-307-9123
Email: ron@ingallstrustee.com